Mary K. Worley and George A. Worley, her husband, Appellants, v. Henry E. Tuttle as Receiver of the estate of Julia D. Tuttle, deceased, Appellee.

### In Banc.

Appeal from Circuit Court, Dade county; Minor S. Jones, Judge.

Worley & Seymour for appellants.

Geo. M. Robbins, Patterson & Erwin for appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The appeal is dismissed on motion of counsel for the appellee.